UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

| | |
|---|---|
| BRENITAZE MOORE, #960770,  )<br>    Plaintiff,  )<br>  )<br>-v-  )<br>  )<br>AMY WESTCOMB, *et al.*,  )<br>    Defendants.  )<br>  ) | No. 2:20-cv-179<br><br>Honorable Paul L. Maloney |

## JUDGMENT

The Court has dismissed all of the claims raised in Plaintiff's lawsuit. As required by Rule 58 of the Federal Rules of Civil Procedure, **JUDGMENT ENTERS.**

**THIS ACTION IS TERMINATED.**

**IT IS SO ORDERED.**

Date: May 10, 2021                                                                  /s/ Paul L. Maloney
                                                                                           Paul L. Maloney
                                                                                           United States District Judge